[No. 13872-7-II.  Division Two.  July 16, 1992.]

GARY RICHARDS, ET AL, *Respondents*, v. KING COUNTY, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 88-2-10156-1, Karen G. Seinfeld, J., entered April 13, 1990. *Affirmed* by unpublished opinion per Petrich, C.J., concurred in by Alexander and Morgan, JJ.

[No. 14078-1-II.  Division Two.  July 17, 1992.]

LONNIE L. GARRISON, ET AL, *Appellants*, v. MARCIA L. PRICE, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 90-2-04152-8, Bruce W. Cohoe, J., entered June 15, 1990. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Petrich, C.J., and Morgan, J.

[No. 14229-5-II.  Division Two.  July 17, 1992.]

JERRY KING, *Respondent*, v. ALLEN FORELINES, *Defendant*, STEVEN KERNES, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 90-2-00057-8, Grant S. Meiner, J., entered August 8, 1990. *Affirmed in part* and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Petrich, C.J., and Morgan, J.